UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARRETT,<br><br>            Petitioner,<br><br>      v.<br><br>A. CIOLLI,<br><br>            Respondent. | Case No.   1:20-cv-00599-JDP<br><br>ORDER DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S MOTION<br><br>ECF No. 10 |

Petitioner Anthony Barret, a federal prisoner without counsel, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On July 13, 2020, respondent moved for an extension of time of 60 days to file an answer to the petition.[1] ECF No. 8. On August 4, 2020, we granted respondent's motion, extending respondent's deadline to file an answer until September 13, 2020. ECF No. 9. On August 14, 2020, petitioner, in a "motion of opposition," stated that he never received service of respondent's motion for an extension of time and requested an explanation for respondent's apparent failure to provide him with such service.[2] ECF No. 10. We direct respondent to respond to petitioner's motion. In the event respondent did

---

[1] Respondent did not include a certificate of service with this motion.

[2] Moreover, petitioner claims that respondent's alleged failure to serve him with a copy of the motion for an extension of time entitles him to habeas relief. ECF No. 10. Such a failure is not grounds for habeas relief. Rather, petitioner must demonstrate that he is in "custody in violation of the Constitution or law or treaties of the United States" to gain habeas relief. *See* 28 U.S.C. § 2241(c)(3).

1

not serve a copy of the motion for an extension of time on petitioner, we direct respondent to do so expeditiously.

IT IS SO ORDERED.

Dated: ___August 21, 2020___       _____
                                    UNITED STATES MAGISTRATE JUDGE

No. 206.