1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY BARRETT,                           No.  1:20-cv-00599-HBK

12                      Petitioner,               ORDER DIRECTING CLERK OF COURT TO
                                                  CORRECT DOCKET
13          v.
                                                  (Doc. No. 13)
14    A. CIOLLI,
                                                  ORDER DENYING PETITIONER'S MOTION
15                      Respondent.               FOR DEFAULT

16                                                (Doc. No. 15)

17                                                ORDER GRANTING PETITIONER LEAVE
                                                  TO RESPOND TO MOTION TO DISMISS
18
                                                  (Doc. No. 14)
19

20          This matter comes before the court upon initial review of the case which was recently

21    reassigned to the undersigned.  (Doc. No. 19).  Petitioner Anthony Barret, a federal prisoner, has

22    pending a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. No. 1).  On

23    August 31, 2020, Petitioner filed an untitled pleading bearing the word "response."  (Doc. No. 13).

24    The clerk of court thus docketed the pleading "Response."  (*Id*.).  Upon closer inspection, the

25    pleading is the Federal Bureau of Prison's (BOP) response to Petitioner's request for administrative

26    remedy.  Consequently, the court will direct the clerk to correct the caption of the pleading to reflect

27    its content and purpose.  **In the future, Petitioner is advised that he should caption all pleadings**

28    **before filing any documents with the court.**

On September 24, 2020, Petitioner moved for an entry of default judgment against the Respondent for failure to respond to the petition.  (Doc. No. 15).  However, Respondent timely filed a motion to dismiss the petition on September 14, 2020.  (Doc. No. 14).  Accordingly, Petitioner's motion for default is denied.  (Doc. No. 15).  As of this date, Petitioner has not filed a response in opposition to Respondent's motion to dismiss and the time to do so has expired.  Due to Petitioner's *pro se* status, the Court will *sua sponte* grant Petitioner an extension of time to file a response, if any, after which time the Court will deem the motion to dismiss ripe for review.

**Accordingly:**

1.  The clerk of court is directed to correct the docket entry at Doc. No. 13 to read "Exhibit in Support of Petition- BOP Response to Request for Administrative Remedy."

2.  Petitioner's motion for default judgment (Doc. No. 15) is **DENIED**.

3.  The Court *sua sponte* grants Petitioner an extension of time to file a response to Respondent's motion to dismiss.  Petitioner's response, if any, shall be delivered to correctional for mailing filed **no later than January 21, 2021**.

IT IS SO ORDERED.

Dated:   ___January 4, 2021___

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2