UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARRETT,<br><br>    Petitioner,<br><br>    v.<br><br>A. CIOLLI,<br><br>    Respondent. | Case No. 1:20-cv-00599-HBK<br><br>ORDER DENYING PETITIONER'S MOTION TO AMEND PETITION[1]<br><br>(Doc. No. 22) |

Petitioner Anthony Barrett ("Petitioner" or "Barrett"), a federal prisoner, initiated this action by filing a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1). On June 21, 2021, Petitioner moved to amend his petition. (Doc. No. 22). Petitioner states he wishes to challenge his underlying federal conviction on the ground that he is actually innocent of the crime of possession of a firearm because he did not have the requisite intent to commit the crime. (*Id.*) The Court finds the motion procedurally deficient. Under Local Rule 137(c), where a party moves to file an amended petition, the party "shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave and lodge a proposed order."

Accordingly, it is **ORDERED**:

Petitioner's motion to amend the petition (Doc. No. 22) is DENIED.

---

[1] Pursuant to 28 USC § 636(c)(1), the parties consented to the jurisdiction of the assigned magistrate judge. (See Doc. Nos. 4, 17, 18, 19).

IT IS SO ORDERED.

Dated: July 6, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE